**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **LIFE VAC, LLC,** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NO.** |
| | * | |
| | * | **1:23-cv-03368-MLB** |
| **vs.** | * | |
| | * | |
| **PETER HEIMLICH,** | * | |
| | * | |
| **Defendant.** | * | |

### ANSWER OF DEFENDANT PETER HEIMLICH

COMES NOW Defendant Peter Heimlich, by and through the undersigned attorney, and files this Answer to Plaintiff's Complaint as follows:

### First Defense

Plaintiff's Complaint fails to state a claim against the Defendant upon which relief can be granted.

**1**.

Defendant denies the allegations of Paragraph 1 of Plaintiff's Complaint.

**2.**

Defendant denies the allegations of Paragraph 2 of Plaintiff's Complaint.

**3.**

Defendant is without knowledge sufficient to either admit or deny the allegations contained in Paragraph 3 of Plaintiff's Complaint.

**4.**

Defendant is without knowledge sufficient to either admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.

**5.**

Defendant denies the allegations of Paragraph 5 of Plaintiff's Complaint.

**6**.

Defendant denies the allegations of Paragraph 6 of Plaintiff's Complaint.

**7.**

Defendant denies the allegations of Paragraph 7 of Plaintiff's Complaint.

**8.**

Defendant denies the allegations of Paragraph 8 of Plaintiff's Complaint.

**9.**

Defendant denies the allegations of Paragraph 9 of Plaintiff's Complaint.

**10.**

Defendant is without knowledge sufficient to either admit or deny the allegations contained in Paragraph 10 of Plaintiff's Complaint.

**11.**

Defendant admits the allegations of Paragraph 11 of Plaintiff's Complaint.

**12.**

Defendant admits the allegations of Paragraph 12 of Plaintiff's Complaint.

**13.**

Defendant admits the allegations of Paragraph 13 of Plaintiff's Complaint.

**14.**

Defendant admits the allegations of Paragraph 14 of Plaintiff's Complaint.

**15.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 15 of Plaintiff's Complaint.

**16.**

Defendant denies the allegations of Paragraph 16 of Plaintiff's Complaint.

**17.**

Defendant denies the allegations of Paragraph 17 of Plaintiff's Complaint.

**18.**

Defendant denies the allegations of Paragraph 18 of Plaintiff's Complaint.

**19.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 19 of Plaintiff's Complaint.

**20.**

Defendant denies the allegations of Paragraph 20 of Plaintiff's Complaint.

**21.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 21 of Plaintiff's Complaint.

**22.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 22 of Plaintiff's Complaint.

**23.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 23 of Plaintiff's Complaint.

**24.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 24 of Plaintiff's Complaint.

**25.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 25 of Plaintiff's Complaint.

**26.**

Defendant denies the allegations of Paragraph 26 of Plaintiff's Complaint.

**27.**

Defendant denies the allegations of Paragraph 27 of Plaintiff's Complaint.

**28.**

Defendant denies the allegations of Paragraph 28 of Plaintiff's Complaint.

**29.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 29 of Plaintiff's Complaint.

**30.**

Defendant denies the allegations of Paragraph 30 of Plaintiff's Complaint.

**31.**

Defendant denies the allegations of Paragraph 31 of Plaintiff's Complaint.

**32.**

Defendant denies the allegations of Paragraph 32 of Plaintiff's Complaint.

**33.**

Defendant denies the allegations of Paragraph 33 of Plaintiff's Complaint.

**34.**

Defendant admits the allegations of Paragraph 34 of Plaintiff's Complaint.

**35.**

Defendant denies the allegations of Paragraph 35 of Plaintiff's Complaint.

**36.**

Defendant denies the allegations of Paragraph 36 of Plaintiff's Complaint.

**37.**

Defendant denies the allegations of Paragraph 37 of Plaintiff's Complaint.

**38.**

Defendant denies the allegations of Paragraph 38 of Plaintiff's Complaint.

**39.**

Defendant denies the allegations of Paragraph 39 of Plaintiff's Complaint.

**40.**

Defendant denies the allegations of Paragraph 40 of Plaintiff's Complaint.

**41.**

Defendant denies the allegations of Paragraph 41 of Plaintiff's Complaint.

**42.**

Defendant denies the allegations of Paragraph 42 of Plaintiff's Complaint.

**43.**

Defendant denies the allegations of Paragraph 43 of Plaintiff's Complaint.

**44.**

Defendant denies the allegations of Paragraph 44 of Plaintiff's Complaint.

**45.**

Defendant is without knowledge sufficient to either admit or deny the allegations contained in Paragraph 45 of Plaintiff's Complaint.

**46.**

Defendant is without knowledge sufficient to either admit or deny the allegations contained in Paragraph 46 of Plaintiff's Complaint.

**47.**

Defendant denies the allegations of Paragraph 47 of Plaintiff's Complaint.

**48.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 48 of Plaintiff's Complaint.

**49.**

Defendant denies the allegations of Paragraph 49 of Plaintiff's Complaint.

**50.**

Defendant denies the allegations of Paragraph 50 of Plaintiff's Complaint.

**51.**

Defendant denies the allegations of Paragraph 51 of Plaintiff's Complaint.

**52.**

Defendant admits the allegations of Paragraph 52 of Plaintiff's Complaint.

**53.**

Defendant denies the allegations of Paragraph 53 of Plaintiff's Complaint.

**54.**

Defendant denies the allegations of Paragraph 54 of Plaintiff's Complaint.

**55.**

Defendant admits the allegations of Paragraph 55 of Plaintiff's Complaint.

**56.**

Defendant denies the allegations of Paragraph 56 of Plaintiff's Complaint.

**57.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 57 of Plaintiff's Complaint.

**58.**

Defendant denies the allegations of Paragraph 58 of Plaintiff's Complaint.

**59.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 59 of Plaintiff's Complaint.

**60.**

Defendant denies the allegations of Paragraph 60 of Plaintiff's Complaint.

**61.**

Defendant denies the allegations of Paragraph 61 of Plaintiff's Complaint.

**62.**

Defendant denies the allegations of Paragraph 62 of Plaintiff's Complaint.

**63.**

Defendant denies the allegations of Paragraph 63 of Plaintiff's Complaint.

**64.**

Defendant denies the allegations of Paragraph 64 of Plaintiff's Complaint.

**65.**

Defendant denies the allegations of Paragraph 65 of Plaintiff's Complaint.

**66.**

Defendant denies the allegations of Paragraph 66 of Plaintiff's Complaint.

**67.**

Defendant denies the allegations of Paragraph 67 of Plaintiff's Complaint.

**68.**

Defendant denies the allegations of Paragraph 68 of Plaintiff's Complaint.

**69.**

Defendant denies the allegations of Paragraph 69 of Plaintiff's Complaint.

**70.**

Defendant denies the allegations of Paragraph 70 of Plaintiff's Complaint.

**71.**

Defendant denies the allegations of Paragraph 71 of Plaintiff's Complaint.

**72.**

Defendant denies the allegations of Paragraph 72 of Plaintiff's Complaint.

**73.**

Defendant denies the allegations of Paragraph 73 of Plaintiff's Complaint.

**74.**

Defendant denies the allegations of Paragraph 74 of Plaintiff's Complaint.

**75.**

Defendant denies the allegations of Paragraph 75 of Plaintiff's Complaint.

**76.**

Defendant denies the allegations of Paragraph 76 of Plaintiff's Complaint.

**77.**

Defendant denies the allegations of Paragraph 77 of Plaintiff's Complaint.

**78.**

Defendant denies the allegations of Paragraph 78 of Plaintiff's Complaint.

**79.**

Defendant denies the allegations of Paragraph 79 of Plaintiff's Complaint.

**80.**

Defendant denies the allegations of Paragraph 80 of Plaintiff's Complaint.

**81.**

Defendant denies the allegations of Paragraph 81 of Plaintiff's Complaint.

**82.**

Defendant denies the allegations of Paragraph 82 of Plaintiff's Complaint.

**83.**

Defendant denies the allegations of Paragraph 83 of Plaintiff's Complaint.

**84.**

Defendant denies the allegations of Paragraph 84 of Plaintiff's Complaint.

**85.**

Defendant denies the allegations of Paragraph 85 of Plaintiff's Complaint.

**86.**

Defendant denies the allegations of Paragraph 86 of Plaintiff's Complaint.

**87.**

Defendant denies the allegations of Paragraph 87 of Plaintiff's Complaint.

**88.**

Defendant denies the allegations of Paragraph 88 of Plaintiff's Complaint.

**89.**

Defendant denies the allegations of Paragraph 89 of Plaintiff's Complaint.

**90.**

Defendant denies the allegations of Paragraph 90 of Plaintiff's Complaint.

**91.**

Defendant denies the allegations of Paragraph 91 of Plaintiff's Complaint.

**92.**

Defendant denies the allegations of Paragraph 92 of Plaintiff's Complaint.

**93.**

Defendant denies the allegations of Paragraph 93 of Plaintiff's Complaint.

**94.**

Defendant denies the allegations of Paragraph 94 of Plaintiff's Complaint.

**95.**

Defendant denies the allegations of Paragraph 95 of Plaintiff's Complaint.

**96.**

Defendant denies the allegations of Paragraph 96 of Plaintiff's Complaint.

**97.**

Defendant denies the allegations of Paragraph 97 of Plaintiff's Complaint.

**98.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 98 of Plaintiff's Complaint.

**99.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 99 of Plaintiff's Complaint.

**100.**

Defendant admits the allegations of Paragraph 100 of Plaintiff's Complaint.

**101.**

Defendant admits the allegations of Paragraph 101 of Plaintiff's Complaint.

**102.**

Defendant admits the allegations of Paragraph 102 of Plaintiff's Complaint.

**103.**

Defendant denies the allegations of Paragraph 103 of Plaintiff's Complaint.

**104.**

Defendant denies the allegations of Paragraph 104 of Plaintiff's Complaint.

**105.**

Defendant denies the allegations of Paragraph 105 of Plaintiff's Complaint.

**106.**

Defendant denies the allegations of Paragraph 106 of Plaintiff's Complaint.

**107.**

Defendant denies the allegations of Paragraph 107 of Plaintiff's Complaint.

**108.**

Defendant denies the allegations of Paragraph 108 of Plaintiff's Complaint.

**109.**

Defendant denies the allegations of Paragraph 109 of Plaintiff's Complaint.

**110.**

Defendant denies the allegations of Paragraph 110 of Plaintiff's Complaint.

**111.**

Defendant denies the allegations of Paragraph 111 of Plaintiff's Complaint.

**112.**

Defendant admits the allegations of Paragraph 112 of Plaintiff's Complaint.

**113.**

Defendant denies the allegations of Paragraph 113 of Plaintiff's Complaint.

## 114.

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 114 of Plaintiff's Complaint.

## 115.

Defendant denies the allegations of Paragraph 115 of Plaintiff's Complaint.

## 116.

Defendant denies the allegations of Paragraph 116 of Plaintiff's Complaint.

## 117.

Defendant denies the allegations of Paragraph 117 of Plaintiff's Complaint.

## 118.

Defendant denies the allegations of Paragraph 118 of Plaintiff's Complaint.

## 119.

Defendant denies the allegations of Paragraph 119 of Plaintiff's Complaint.

## 120.

Defendant denies the allegations of Paragraph 120 of Plaintiff's Complaint.

## 121.

Defendant denies the allegations of Paragraph 121 of Plaintiff's Complaint.

## 122.

Defendant denies the allegations of Paragraph 122 of Plaintiff's Complaint.

**123.**

Defendant denies the allegations of Paragraph 123 of Plaintiff's Complaint.

**124.**

Defendant admits the allegations of Paragraph 124 of Plaintiff's Complaint.

**125.**

Defendant denies the allegations of Paragraph 125 of Plaintiff's Complaint.

**126.**

Defendant is without knowledge sufficient to either admit or deny the

allegations contained in Paragraph 126 of Plaintiff's Complaint.

**127.**

Defendant denies the allegations of Paragraph 127 of Plaintiff's Complaint.

**128.**

Defendant denies the allegations of Paragraph 128 of Plaintiff's Complaint.

**129.**

Defendant denies the allegations of Paragraph 129 of Plaintiff's Complaint.

**130.**

Defendant denies the allegations of Paragraph 130 of Plaintiff's Complaint.

**131.**

The Defendant hereby denies all other allegations contained in Plaintiff's

complaint not otherwise admitted or denied herein.

WHEREFORE, Defendant Peter Heimlich prays:

a)      For six months to complete discovery;

b)      For a trial by jury; and

c)      For such other and further relief that the Court deems just and proper.

Respectfully submitted this 23rd day of October, 2023

GROTH, MAKARENKO, KAISER
& EIDEX

_____
Jay F. Eidex
GA Bar No. 242397
Attorney for Defendant

1960 Satellite Boulevard, Suite 2000
Duluth, GA 30097
(770) 904-3590
je@gmke.law

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

Respectfully submitted this 23rd day of October, 2023.

GROTH, MAKARENKO, KAISER & EIDEX

_____

Jay F. Eidex
Georgia Bar No. 242397

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **LIFE VAC, LLC,** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NO.** |
| | * | |
| | * | **1:23-cv-03368-MLB** |
| **vs.** | * | |
| | * | |
| **PETER HEIMLICH,** | * | |
| | * | |
| **Defendant.** | * | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day electronically filed **<u>ANSWER OF DEFENDANT PETER HEIMLICH</u>** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to the following attorneys of record:

Sean Keenan, Esq.
Ashley Landers, Esq.
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
275 Scientific Drive
Peachtree Corners, GA 30092
skeenan@cmlawfirm.com
alanders@cmlawfirm.com

Craig Wenner, Esq.
Jeffrey P. Waldron, Esq.
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
cwenner@bsfllp.com
jwaldron@bsfllp.com

Respectfully submitted this 23rd day of October, 2023.

<div style="margin-left: 40%;">

GROTH, MAKARENKO, KAISER & EIDEX

_____

Jay F. Eidex
GA Bar No. 242397
Attorney for Defendant

</div>

1960 Satellite Boulevard, Suite 2000
Duluth, GA 30097
(770)904-3590
je@gmke.law