**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LIFE VAC, LLC, <br><br> *Plaintiff*, <br> v. <br><br> PETER HEIMLICH <br><br> *Defendant*. | No. 23-cv-3368-MLB |

**STIPULATION OF DISMISSAL**

Plaintiff Life Vac, LLC and Defendant Peter Heimlich hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice.

| | |
|---|---|
| Dated: June 10, 2024 | By: */s/ Craig A. Wenner* |

Craig A. Wenner\*
Jeffrey P. Waldron\*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) 212-446-2300
cwenner@bsfllp.com
jwaldron@bsfllp.com

Sean Keenan
CRUSER, MITCHELL, NOTVITZ,
SANCHEZ, GASTON,
ZIMET, LLP
275 Scientific Drive
Peachtree Corners, GA 30092
(t) 404 881 2622
skeenan@cmlawfirm.com

*Counsel for Plaintiff Life Vac, LLC*

\*Admitted *pro hac vice*


By: */s/ Merlyn Butler Dodson*

Merlyn Butler Dodson
COZEN O'CONNOR P.C.
The Promenade, 1230 Peachtree Street NE
Atlanta, GA 30309
(t) 400-572-2000
ldodson@cozen.com

*Counsel for Defendant Peter Heimlich*